**NEUTRAL TANDEM, INC., Plaintiff–Appellant,**

v.

**PEERLESS NETWORK, LLC, Peerless Network of Illinois, LLC, and John Barnicle, Defendants–Cross Appellants.**

Nos. 2011–1144, 2011–1181.

United States Court of Appeals, Federal Circuit.

June 16, 2011.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).